IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANDREW WARD,

      Petitioner,                    No. CIV S-05-2536 FCD DAD P

   vs.

D. ADAMS, Warden, et al.,

      Respondents.              ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the required filing fee of $5.00 or submitted an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) and 1915(a). Petitioner will be granted thirty days to pay the fee or file an in forma pauperis application.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner shall submit, within thirty days from the date of this order, the $5.00 filing fee or an application to proceed in forma pauperis; petitioner's failure to comply with this order may result in a recommendation that this action be dismissed; and

/////

/////

/////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district for habeas proceedings.

DATED: December 19, 2005.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
ward2536.101a