IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANDREW WARD,

    Petitioner,                    No. CIV S-05-2536 FCD DAD P

    vs.

D. ADAMS, Warden, et al.,

    Respondents.             <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On April 20, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 20, 2006, are adopted in full;

2. Respondents' February 7, 2006 motion to dismiss is granted in part;

3. Petitioner shall present his unexhausted Ground Four to the California Supreme Court in a state habeas petition filed within thirty days after this order is filed, if he has not already filed such a petition;

4. This action is stayed, and the Clerk of the Court is directed to administratively close this case;

5. Petitioner shall file and serve a status report in this case on or before the first court day of each month while this case is stayed, commencing on July 3, 2006; petitioner's status report shall be titled "Status Report" and shall not include attachments or exhibits; and

6. Petitioner shall file and serve a motion to lift the stay of this action within thirty days after he is served with the California Supreme Court's order disposing of his state exhaustion petition.

DATED: May 26, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge