IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANDREW WARD,

    Petitioner,               No. CIV S-05-2536 FCD DAD P

    vs.

D. ADAMS, Warden, et al.,

    Respondents.           ORDER

_____/

        On May 26, 2006, this matter was stayed. Petitioner was ordered to file and serve a status report on or before the first court day of each month, commencing on July 3, 2006, while the case is stayed. Petitioner filed a status report on June 21, 2006, but did not file a status report on or before August 1, 2006. IT IS ORDERED that petitioner shall file and serve, within ten days from the date of this order, a declaration in which petitioner explains his failure to file a timely status report on or before August 1, 2006.

DATED: August 28, 2006.

                                        */s/ Dale A. Drozd*
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:13
ward2536.dec