IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANDREW WARD,

    Petitioner,                  No. CIV S-05-2536 FCD DAD P

    vs.

D. ADAMS, Warden,

    Respondent.               ORDER TO SHOW CAUSE

_____/

      Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed July 24, 2007, respondent was ordered to file, within thirty days, a response to petitioner's amended petition. Respondent has not filed an answer to the petition or otherwise responded to it. Good cause appearing, IT IS HEREBY ORDERED that within fifteen days from the date of this order respondent shall file and serve an answer to the petition for writ of habeas corpus or a motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to timely respond as ordered .

DATED: October 4, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ward2536.102