IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDREW WARD,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>D. ADAMS, Warden,<br><br>　　　　Respondent. | Case No. 2:05-cv-02536 JKS<br><br>ORDER |

An order recently served on Petitioner was returned as undeliverable apparently because the Petitioner is deceased.  Respondent shall contact the California Department of Corrections and Rehabilitation and obtain written confirmation of Petitioner's death.  Respondent shall file a notice with the written confirmation attached or a status report no later than January 30, 2009.

**IT IS SO ORDERED.**

Dated this the 31st day of December 2008.

　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1