IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDREW WARD,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>D. ADAMS, Warden,<br><br>　　　　Respondent. | Case No. 2:05-cv-02536 JKS<br><br><br>ORDER |

　　　Respondent has filed a report from Salinas Valley State Prison, which confirms that Petitioner died in custody from natural causes on October 4, 2008. Docket No. 40, Attach. 1. The application for a writ of habeas corpus, unique to Petitioner, is not transferable and is therefore extinguished. *See, e.g., Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005). This action is accordingly dismissed pursuant to Federal Rule of Civil Procedure 25(a). The Clerk shall enter judgment accordingly.

　　　**IT IS SO ORDERED.**

　　　Dated this the 9th day of February 2009.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge